IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TERRY MCKENZIE, JR.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HELENA LABORATORIES CORPORATION,<br><br>　　　　　Defendant. | Case No.: 1:25-cv-572 (MJT)<br><br>**MOTION TO CONTINUE<br>INITIAL PRETRIAL CONFERENCE** |

　　　　Plaintiff Terry McKenzie, Jr. ("Plaintiff") by and through his undersigned counsel, respectfully moves this honorable Court to continue the Rule 16 Case Management Conference currently scheduled for March 16, 2026, at 10:00 AM before Hon. Michael J. Truncale, U.S.D.J. and in support of which, respectfully state as follows:

　　　　1.　　On February 20, 2026, this Court issued an Order granting the parties' consent motion to adjourn the Rule 16 Case Management Conference from February 19, 2026 to March 16, 2026.

　　　　2.　　The conference is currently scheduled to proceed at 10:00 a.m. in Room 221, Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas.

　　　　3.　　On Saturday, March 14, 2026, your undersigned purchased a flight from LaGuardia Airport ("LGA") in New York City to Dallas Fort Worth Airport ("DFW") departing at 5:00 PM and arriving at 8:18 PM on Sunday, March 15, 2026.

　　　　4.　　From DFW, your undersigned purchased a connecting flight from DFW to Jack Brooks Regional Airport ("BPT") departing at 9:30 PM and arriving at 10:55 PM on Sunday, March 15, 2026.

5.     Your undersigned also secured lodging at the Fairfield by Marritt Inn & Suites Beaumont.

6.     Your undersigned's boarding group was called and I was about to enter the plane when it was announced that everyone on board is deplaning.

7.     It was thereafter announced that the flight is delayed due to weather conditions. The flight is currently scheduled to depart at 6:00 PM and arrive at 10:21 PM. See copy of Google flight information annexed hereto as **Exhibit "A."**

8.     The only flight from DFW to BPT is at 9:30 PM this evening. See copies of flight information and flight search data annexed hereto as **Exhibit "B."**

9.     The only flight from DFW to BPT on Monday, March 16, 2026 is at 9:30 PM that evening.

10.    Based on the timing involved in arriving at DFW at 10:21 PM, it is a logistical impossibility that your undersigned will be able to get on a connecting flight to BPT.

11.    In fact, your undersigned just received notice that the connecting flight has been rebooked to the following day, March 16, 2026, at 9:30 PM. See copy of email from American Airlines annexed hereto as **Exhibit "C."**

12.    The Jack Brooks Federal Building and United States Courthouse is located approximately five (5) hours away from DFW.

13.    Should your undersigned be able to rent a vehicle after getting out of DFW at approximately 11:00 PM, he would arrive at the hotel at approximately 4:00 AM, with only four (4) hours to sleep before getting up to head to the courthouse.

14.    In any event, there are no rental cars available. See copies of car rental search inquiry annexed hereto as **Exhibit "D."**

15. As a result of these logistical challenges, Plaintiff seeks appropriate relief by means of a continuance or permission to appear remotely.

16. This request is made in good faith and not for purposes of delay.

17. Granting this adjournment will not prejudice any party and will allow counsel to fully comply with the Court's directive to appear in person.

18. The parties were unable to confer with each other regarding this request because it is Sunday evening and your undersigned does not expect to be able to reach Defendant's counsel.

19. Notwithstanding, a courtesy copy of the attached motion has been sent to Defendant's counsel via email.

**WHEREFORE**, and good cause appearing therefor, Plaintiff respectfully requests that the Court adjourn and reschedule the Rule 16 Case Management Conference currently set for March 16, 2026 at 10:00 a.m. to a later date convenient to the Court, or – in the alternative – permit Plaintiff to appear remotely for the conference tomorrow by telephone or virtual means, and grant such other and further relief which this Court may find just, proper, and/or equitable.

Dated: Flushing, New York
       March 15, 2026

                                                                              Respectfully submitted,

                                                                              **CONSUMER ATTORNEYS PLLC**
                                                                              _/s/ Emanuel Kataev, Esq._
                                                                              Emanuel Kataev, Esq., Bar #5154588NY
                                                                              6829 Main Street
                                                                              Flushing, NY 11367-1305
                                                                              (718) 412-2421 (office)
                                                                              (718) 489-4155 (facsimile)
                                                                              ekataev@consumerattorneys.com

                                                                              _Attorneys for Plaintiff_
                                                                              _Terry McKenzie, Jr._