

## American AA 2922
New York to Dallas

Sat, Mar 14 | **Sun, Mar 15** | Mon, Mar 16 | Tue, Mar 17

5:00 PM         to Dallas DFW
AA 2922         **DEPARTING LATE**

Arrive at gate for originally scheduled departure time and confirm flight status on an airport monitor. Status may change.



**LGA** ✈ 4h 18m **DFW**

Airport info                    Airport info

New York · Sun, Mar 15          Dallas · Sun, Mar 15

Estimated departure   Terminal  Gate    Estimated arrival   Terminal  Gate
**6:00 PM**          B         27      **10:21 PM**        A         A35
5:00 PM                                 8:18 PM

Updated 15m ago · Source: Cirium

Showing local airport times



**FlightAware - Flight Tracker**
https://www.flightaware.com › live › flight › AAL2922

### AA2922 (AAL2922) American Airlines Flight Tracking and ...

Flight status, tracking, and historical data for American Airlines 2922 (**AA2922**/AAL2922) including scheduled, estimated, and actual departure and arrival ...

American Airlines 2922

Flight status, tracking, and historical data for American ...

More results from flightaware.com »


FlightStats
https://www.flightstats.com › flight-tracker

### (AA) American Airlines 2922 Flight Tracker

**AA2922 Flight Tracker** - Track the real-time flight status of American Airlines AA 2922 live using the FlightStats Global Flight Tracker.


Flightradar24
https://www.flightradar24.com › Aviation data › Flights

### Flight history for American Airlines ...

**AA2922 (American Airlines)** - Live flight status, scheduled flights, flight arrival and departure times, flight tracks and playback, flight route and ...

 Get up to 2.8% invested




Trip.com
https://us.trip.com › ... › Flights from New York to Dallas

### AA2922 Flight Status - American Airlines

According to Trip.com real-time data, the **AA2922 flight operated by American Airlines on Mar 15, 2026** is scheduled to fly from New York (LGA) to Dallas (DFW). Read more


FlightStats
https://www.flightstats.com › flight-details

### American Airlines AA 2922 Flight Details, Notes, History

**Estimated Gate Departure changed to Mar-12-2026 5:00 PM.** Estimated Gate Arrival changed to Mar-12-2026 8:18 PM. Arrival Gate changed to C11. Read more


Airportia Flight Tracker
https://www.airportia.com › Flights › American Airlines

### AA2922 Flight Status American Airlines: Dallas to Reno ...

Track **AA2922** from Dallas to Reno: American Airlines flight status, schedule, delay compensation, and real-time updates.



Aviability
https://aviability.com › Flight

### American Airlines Flight AA2922 Status and Schedule

The domestic flight AA 2922 by American Airlines **follow**s the route New York City – Dallas-Fort Worth (United States). Departs from LaGuardia (LGA) Terminal B ... Read more

Plane Finder Flight Tracker
https://planefinder.net › Aviation Data › Flights

### American Airlines Flight AA2922 Tracking History

AA2922 (American Airlines) - **Live flight status**, flight arrival and departure times for scheduled flights, and playback and flight routes for all historic ...



FlightView
https://www.flightview.com › flight-tracker

### Track flight AA-2922 with OAG's flightview

**American Airlines (AA) 2922** ; Scheduled Time: 5:00 PM, Mar 08 ; Take Off Time: 5:18 PM, Mar 08 ; Terminal: B ; Gate: 14 ; Duration: 4 hr 18 min. Read more

## People also search for

| | |
|---|---|
| Aa2922 **flight status** | Flight 2922 JetBlue |
| Flight 2922 southwest | Aa 2783 |
| Aa3279 | Aa2818 |
| American Airlines | AA2983 |



Goooooooooogle  >

1  2  3  4  5  6  7  8  9  10   Next

Results are personalized - Try without personalization

● 11371, East Elmhurst, NY - From your IP address - Update location

Help    Send feedback    Privacy    Terms