aa6313

AI Mode | **All** | Images | News | Shopping | Videos | Forums | More | Tools

## American AA 6313
Dallas to Beaumont

Sat, Mar 14 | **Sun, Mar 15** | Mon, Mar 16 | Tue, Mar 17

9:30 PM   AA 6313         to Beaumont BPT    **DEPARTING ON TIME**



**DFW** ✈ — 1h 25m — **BPT**

Airport info

Dallas · Sun, Mar 15
Scheduled departure: **9:30 PM**
Terminal: E
Gate: E28A

Beaumont · Sun, Mar 15
Scheduled arrival: **10:55 PM**
Terminal: -
Gate: -

Updated 6h 36m ago · Source: OAG

Showing local airport times


**FlightAware**
https://www.flightaware.com › live › flight › AAL6313

### AA6313 (AAL6313) American Airlines Flight Tracking and ...
Flight status, tracking, and historical data for **American Airlines 6313** (AA6313/AAL6313) including scheduled, estimated, and actual departure and arrival ...


**Flightradar24**
https://www.flightradar24.com › Aviation data › Flights

### AA6313 - Flights
**AA6313 (American Airlines)** - Live flight status, scheduled flights, flight arrival and departure times, flight tracks and playback, flight route and ...


FlightStats
https://www.flightstats.com › flight-tracker

### (AA) American Airlines 6313 Flight Tracker

Flight Status: **AA 6313 American Airlines** Operated by SkyWest Airlines on behalf of American Airlines Scheduled: On time DFW Dallas, TX, US Dallas Fort Worth … Read more


Dallas Fort Worth International Airport
https://dfwairport-prd-dfw-vip.dfwairport.com › flights

### Flight Status - DFW International Airport

Flight Status. **Beaumont AA6313 American Airlines**. On Time, 9:30 PM Mar 07, 2026. Gate E22B. Alert Notifications for Flight 6313 AA. Getting Around … Read more






Trip.com
https://www.trip.com › flights › status-aa6313

### AA6313 Flight Status - American Airlines

Based on Trip.com's real-time data, the **AA6313 flight operated by American Airlines on Mar 12, 2026** is scheduled to fly from Dallas (DFW) to Beaumont (BPT). The … Read more


FlyTeam
https://flyteam.jp › flightnumber › AA6313

### American Airlines AA6313 - Flight schedules & aircraft

View up-to-date timetable and aircraft details for **American Airlines Flight AA6313** (AAL6313) on Dallas to Beaumont. Includes duration, departure/arrival times, … Read more


Aviability
https://aviability.com › Flight

### AA6313 Ongoing & Upcoming Flights

The domestic flight AA 6313 by American Airlines follows the route **Dallas-Fort Worth – Beaumont Port Arthur** (United States). Departs from Dallas-Fort Worth … Read more


Flightera
https://www.flightera.net › flight › AA6313

### American Airlines AA6313 (SKW6313) TYS to ORD, DFW …

**American Airlines FLIGHT AA6313 from Knoxville to Chicago**. Get real-time status updates and on-time performance statistics. Track departures and arrivals, …

FlightView
https://www.flightview.com › flight-tracker

### Track flight AA-6313 with OAG's flightview

**American Airlines (AA) 6313** ; Scheduled Time: 9:30 PM, Mar 13 ; Take Off Time: 10:58 PM, Mar 13 ; Terminal: E ; Gate: E23B ; Duration: 1 hr 25 min. Read more

🌰 Get up to 2.8% invested

🏷️ 1% to 5% Cash back available

Trip.com
https://us.trip.com › ... › Flights from Dallas to Beaumont

### AA6313 Flight Status - American Airlines

According to Trip.com real-time data, the **AA6313 flight operated by American Airlines on Mar 15, 2026** is scheduled to fly from Dallas (DFW) to Beaumont (BPT). Read more

## People also search for

| | |
|---|---|
| Aa6313 **flight status** | AA6316 |
| Aa4999 | American Airlines |
| Aa6329 | Flight 6313 |
| Aa6240 | |



1  2  3  4  5  6  7  8  9  10     Next

Results are personalized - Try without personalization

⬤ 11371, East Elmhurst, NY  -  From your IP address  -  Update location

Help    Send feedback    Privacy    Terms





Skip to main content     Accessibility feedback

  

About     Privacy     Terms     Join user studies     Feedback     Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more



   

Skip to main content     Accessibility feedback

About     Privacy     Terms     Join user studies     Feedback     Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more