Emanuel Kataev <mail@emanuelkataev.com>

## You've been rebooked for connecting flight

**American Airlines** <no-reply@info.email.aa.com>  
To: MAIL@emanuelkataev.com
Sun, Mar 15, 2026 at 4:55 PM

 

AAdvantage Member  
E0A****

# You've been rebooked

Confirmation code: **NDYOAL**

Due to a delay, you'll miss your connecting flight. We have rebooked you on the best available flight. You must get a new boarding pass for each passenger.

We're sorry for the change to your travel plans.

We made these changes:

- New depart date: Monday, March 16
- Number of stops now: 1
- New connecting airport
- All passengers rebooked

**Get boarding pass**



**NEW TRIP**

**Monday, March 16, 2026**

**LGA**
New York La Guardia
**9:00 AM**

AA 2156

**DFW**
Dallas/Fort Worth
**12:14 PM**

Aircraft: Boeing 737-800
Class: Economy

---

**DFW**
Dallas/Fort Worth
**9:30 PM**

AA 6313
Operated by Skywest as American Eagle

**BPT**
Beaumont
**10:55 PM**

Aircraft: Bombardier CRJ700
Class: Economy

---

**MISSED CONNECTION**

## Sunday, March 15, 2026

**LGA**
New York La Guardia
**5:00 PM**

AA 2922

**DFW**
Dallas/Fort Worth
**8:18 PM**

| | | |
|---|---|---|
| ✈ **DFW**<br>Dallas/Fort Worth<br>9:30 PM | | AA 6313  |
| ○ **BPT**<br>Beaumont<br>10:55 PM | | |

Was this email helpful?

Contact us
Privacy policy

**Download the American app**

 

© 2026 American Airlines, Inc. All Rights Reserved.



We will refund eligible seat fees automatically if we can't get you a comparable seat.

Please do not reply to this email address as it is not monitored. This email was sent to mail@emanuelkataev.com.

Refund eligibility: You may be eligible for a refund if any changes to your trip meet certain conditions, as described in our conditions of carriage.
Some of these conditions include:

- Your flight schedule was changed by 3 hours or more (4 hours or more for international flights).*
- Your flight was delayed by 90 mins or more within 72 hours of your scheduled departure time.*
- Your flight was canceled by American.
- You were rebooked to a lower cabin.
- Your departure or arrival airports were changed.
- The number of connection points on your itinerary increased.
- Passengers with a disability have additional eligibilities.

*Calculated using original departure and arrival time from booking or last voluntary change of itinerary.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world® is a registered trademark of **one**world Alliance, LLC.