





### Go further with the Expedia app

Save even more - get up to 20% on select hotels when you book on the app. Our app deals help you to save on trips so you can travel more and manage it all on the go.

Switch to the app

**expedia group**

## Company

About

Jobs

List your property

Partnerships

Newsroom

Investor Relations

Advertising

Affiliate Marketing

Feedback

## Explore

United States of America travel guide

Hotels in United States of America

Vacation rentals in United States of America

Vacation packages in United States of America

Domestic flights

Car rentals in United States of America

All accommodation types

One Key credit cards

## Policies

Privacy

Cookies

Terms of use

One Key™ terms and conditions

Vrbo terms and conditions

Accessibility

Your privacy choices

Content guidelines and reporting content

## Help

Support

Cancel your hotel or vacation rental booking

Cancel your flight

Refund basics

Use an Expedia coupon

International travel documents

Your rights as a flights traveler

---

© 2026 Expedia, Inc., an Expedia Group company. All rights reserved. Expedia and the Expedia Logo are trademarks or registered trademarks of Expedia, Inc. CST# 2029030-50.