# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| TERRY MCKENZIE, JR., <br><br> Plaintiff, <br><br> vs. <br><br> HELENA LABORATORIES CORPORATION, <br><br> Defendant. | Case No.: 1:25-cv-572 (MJT) <br><br> **ORDER GRANTING MOTION TO ADJOURN RULE 16 CASE MANAGEMENT CONFERENCE** |

Before the Court is the Plaintiff's Motion to Adjourn the Rule 16 Case Management Conference currently scheduled for March 16, 2026 at 10:00 a.m. in Room 221, Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas.

Having considered the motion, and finding that it is agreed and that good cause exists, the Court is of the opinion that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Rule 16 Case Management Conference currently set for March 16, 2026 at 10:00 a.m. is hereby **ADJOURNED**.

**IT IS FURTHER ORDERED** that the Rule 16 Case Management Conference is **RESET** to _____, 2026, at _____ \_\_.m., in Room 221, Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas, or as otherwise directed by the Court..

**SO ORDERED.**