**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| TERRY MCKENZIE, JR., <br><br> Plaintiff, <br><br> vs. <br><br> HELENA LABORATORIES CORPORATION, <br><br> Defendant. | Case No.: 1:25-cv-572 (MJT) <br><br> **ORDER GRANTING MOTION TO CONTINUE RULE 16 CASE MANAGEMENT CONFERENCE** |

Before the Court is the Plaintiff's Motion to Continue the Rule 16 Case Management Conference currently scheduled for March 16, 2026 at 10:00 a.m. in Room 221, Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas.

Having considered the motion, and finding that it is agreed and that good cause exists, the Court is of the opinion that the motion should be **GRANTED**.

Plaintiff shall appear by telephone or alternatively via virtual video conference (Zoom, Teams, or otherwise as the Court directs), at the Rule 16 Case Management Conference on March 16, 2026 scheduled for 10:00 a.m.

**SO ORDERED.**