IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TERRY MCKENZIE, JR., *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-00572<br>JUDGE MICHAEL J. TRUNCALE |
| HELENA LABORATORIES CORPORATION, *Defendant.* | § | |

**ORDER DENYING AS MOOT**
**MOTION TO CONTINUANE INITIAL PRETRIAL CONFERENCE**

Before the Court is Plaintiff's Motion to Continue Initial Pretrial Conference. [Dkt. 12]. This matter was scheduled for a Rule 16 Case Management Conference on March 16, 2026 at 10:00 AM. Due to unforeseen travel issues with counsel's flight, Plaintiff files the present motion requesting the Court continue the conference. After considering Plaintiff's motion and reviewing the pleadings on file, the Court denies the same as moot.

It is therefore **ORDERED** that Plaintiff's Motion to Continue Initial Pretrial Conference [Dkt. 12] is hereby **DENIED AS MOOT**. The Court has changed the conference to a Telephonic Status Conference and **RESET** same for **3:00 PM on March 16, 2026**. Instructions for the call are below:

Dial-In#: 571-353-2301
Guest ID: 644304870

All counsel are **ORDERED** to participate in the conference.

**SIGNED this 16th day of March, 2026.**

Michael J. Truncale
United States District Judge