**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS,**
**BEAUMONT DIVISION**

| | |
|---|---|
| TERRY MCKENZIE, JR.<br><br>Plaintiff<br><br>v.<br><br>HELENA LABORATORIES CORPORATION<br><br>Defendant | Civil Action No. 1:25-cv-00572 |

**NOTICE OF CHANGE OF FIRM NAME**

COMES NOW Sonia B. Alfaro counsel for Defendant Helena Laboratories Corporation, and files this Notice of Change of Firm Name and states as follows:

PLEASE TAKE NOTICE Defendant has been represented by Meaders & Alfaro whose firm name has been changed to Alfaro & Associates. Contact information for Defendant remains the same, except for the firm name. All future notices in this matter should be addressed to:

SONIA B. ALFARO
**ALFARO & ASSOCIATES**
1330 Post Oak Blvd.
Suite 801
Houston, TX 77056
Telephone: (713) 403-3125
Facsimile: (855) 602-8224
Email: salfaro@meaderslaw.com

It is hereby requested that the Court, the Clerk, and all counsel of record and *pro se* parties, if any, update the information for counsel identified above and direct all correspondence, notices, orders, and any other filings to the above firm name.

Respectfully Submitted,

***/s/ Sonia B. Alfaro***
**SONIA B. ALFARO**
State Bar No. 24086849
S.D. of Texas Bar No. 2898190
**ALFARO & ASSOCIATES**
1330 Post Oak Blvd.
Suite 801
Houston, TX 77056
Telephone: (713) 403-3125
Facsimile: (855) 602-8224
Email: salfaro@meaderslaw.com
**ATTORNEYS FOR DEFENDANT**
**HELENA LABORATORIES CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16 September 2026, I electronically filed the foregoing document with the Clerk of the Court for the FOR THE EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION, using the CM/ECF system which will send notification of such filing to the following:

Emanuel Kataev
Consumer Attorneys, PLLC
68-29 Main Street
Flushing, NY 11367
ekataev@consumerattorneys.com

/s/ Sonia B. Alfaro