# TERMINATION NOTICE

EXHIBIT A

Employee: Terry McKenize Date Effective: 1-30-24

Termination: ☑ Voluntary ☐ Involuntary

Reasons for termination: 3 days NO CALL NO Show
25th, 29th & 30th

**Rating at termination:**

| | Good | Fair | Poor |
|---|---|---|---|
| Quality of work | ☑ | ☑ | ☐ |
| Quantity of work | ☐ | ☑ | ☐ |
| Attitude | ☐ | ☐ | ☑ |
| Attendance | ☑ | ☐ | ☐ |
| Dependability | ☐ | ☑ | ☐ |
| Ability to follow directions | ☑ | ☐ | ☐ |

Is this employee eligible for rehire?

Vickie Locke
Supervisor

[signature]
Dept. Head

[signature]
Personnel

240-5