143 120-1 E4827
UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 2211
MC ALLEN TX 78502-2211

Returned Stephanie's Call 6/20/24 @ 2:28pm Ref# 0627REN0294
Stephanie
800-215-4812
ext. 1883
Fax# - 512-322-2843

32041581000143010

**NOTICE OF APPLICATION FOR UNEMPLOYMENT BENEFITS**
Date Mailed: June 7, 2024

HELENA LABORATORIES CORPORATION
PO BOX 752
BEAUMONT TX 77704-0752

All dates are shown in
[redacted]
Name: TERRY MCKENZIE JR
[redacted]
Access Key: 221480

**IMPORTANT**

**If you wish to respond, you must do so with detailed information on or before** **06-21-24.**
The person named above applied for unemployment benefits naming you or your organization as the last place worked. State law requires we notify you of this action and allow you to respond. A response must contain adequate information. If you are covered by the Texas Unemployment Compensation Act, the determination we make, together with the timeliness and adequacy of your response, could affect the taxes or reimbursements you pay. If you respond late, or choose not to respond, you waive all rights in connection with this claim. A pattern of late or inadequate responses (two or more) may negatively impact charges to your account on future unemployment claims.

**What you need to do:** **Respond on or before** **06-21-24** to protect your appeal rights and receive any determination TWC makes. If you do not wish to protest or be an interested party, you are not required to respond. To be adequate, **your response must include sufficient facts and enough detailed information for TWC to determine the applicant's right to receive benefits.** You should include the reason for separation, along with any adverse facts that are directly related to any allegation(s) raised regarding the applicant's eligibility. Be prepared to answer additional questions. If the address listed above is incorrect, please respond on the Internet OR by phone and provide your correct address.

**How to respond:** You have four response options. Select one of the following.

**Internet:** **Respond at** www.texasworkforce.org/ui/er.html. Enter the SSN and Access Key shown above. Print the confirmation page as proof of your response.

**Phone:** Call (888) 876-6107 , weekdays, between 8:00 a.m. and 5:00 p.m. Central. **You must speak with a TWC representative and receive a confirmation number. Leaving a voice message does not constitute a response.** Record the number in the space below and keep this notice for your records.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Fax:** Fax to (512) 322-2871 . Include both sides of this notice and any attachments. TWC uses the date we receive the fax to determine whether your response is timely. Retain the fax confirmation as proof of your response.

**Mail:** Mail a completed copy along with any attachments to the address in the upper left-hand corner. TWC uses the postmark to determine whether your response is timely.

**Note:** We use the information from you and the applicant to determine the applicant's eligibility for benefits. We will contact you if we need additional information. The applicant gave the following statement when he/she applied for benefits.

**REASON NO LONGER EMPLOYED**

FIRED Applicant typed the statement via the Internet
I got a brain tumor on Jan 3 and I was told by Janet in mid Feb after my PTO ran out that I was terminated and to "just focus on getting healthy and come back".

If you have difficulty reading the applicant's statement, call TWC at the telephone number listed above.
**PLEASE ANSWER ALL QUESTIONS ON REVERSE**
HEARING-IMPAIRED CUSTOMERS dial 711 for RELAY TEXAS

Case No.: 38
Claim ID: 06-02-24
Claim Date: 06-02-24
Entity ID:



EXHIBIT B