EXHIBIT C



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TERRY MCKENZIE, JR. | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | 1:25-cv-00572 |
| HELENA LABORATORIES | ) | |
| CORPORATION | ) | |

ORAL DEPOSITION OF TERRY MCKENZIE, JR.
SEPTEMBER 16, 2026

ORAL DEPOSITION OF TERRY MCKENZIE, JR., produced as a witness at the instance of the Defendant and duly sworn, was taken in the above styled and numbered cause on Wednesday, September 16, 2026, from 1:00 p.m. to 4:08 p.m., before Janalyn Elkins, CSR, in and for the State of Texas, reported by computerized stenotype machine, via Zoom, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record herein.

Job No. CS8435252

EXHIBIT C



pick up FMLA paperwork?
A. No, that -- I don't recall that. Nobody didn't tell me that.
Q. Okay. Do you know what FMLA is?
A. I've since learned. I know now. I didn't know then.
Q. During any of your three visits to Helena, did you ever ask what paperwork you needed to fill out since you were not going to work?
A. That's basically what I asked Janice. That's -- when I say that -- what do I -- what do I do about my job, that's what -- that's what my understanding of what, you know, that was. That -- that -- that's what that question was. I didn't say specific what papers do I need? I don't -- I don't think I said that. But I just needed to know what do I do about my job?
Q. When you left the hospital in Houston in January 3rd, 2024, did the doctors tell you you could not work?
A. They told me -- no, they did not tell me that, no.
Q. So would it be fair to say that when you did not return to work after January 3rd, 2024, you decided not to return to work?

A. No, I didn't.
Q. Were you getting paid in January 2024?
A. Yes.
Q. Did you get paid the whole month of January 2024?
A. I don't recall when I stopped getting paid.
Q. You stopped getting paid at a certain point in time, right?
A. Right.
Q. Did you stop getting paid before your surgery?
A. Yes.
Q. Do you recall if you stopped getting paid in February?
A. I don't recall. I just knew I stopped getting paid and I -- I expected that to happen at some point because I knew that my PTO would run out.
Q. Okay. Okay. You told me that there were additional times after January 2024 that you visited Helena, correct?
A. Yes.
Q. Okay. Let me pull up my notes. You stated under -- under oath that you -- there was another time per your recollection that you visited Helena in February 2024; is that correct?
A. Yes.

EXHIBIT C



you told the TWC in your unemployment benefit that they told you mid February that when your PTO ran out, you would be terminated?
A. They didn't -- I was already -- when I went up there to talk to them, I was already terminated. I seen the paperwork. I -- I seen it on some -- I seen it on the other lady's desk.
Q. So in this visit in February 2024, you already know you've been terminated?
A. No. When I went up there to visit, I didn't know I was terminated until I saw that paperwork.
Q. Okay. So during that visit in February 2024, you learned you had been terminated?
A. Yes.
Q. Do you recall what lady's desk you saw this paperwork?
A. It's -- it's two people that work in HR, Janice and another lady. It was the other lady. If I recall correctly. I -- I -- I think it was two people that work in HR. I can't remember, but I think it was two people. It was on somebody's desk in HR. It might have been an empty desk.
Q. So once you see this paperwork, did you ask about your termination?
A. Yes.

EXHIBIT C



A. She said something -- something to the likes of, we didn't know, and you hadn't said anything so we didn't know.
Q. Anything else you recall about her response this time around?
A. And then she said again, just get better and come back.
Q. But by then, February 2024, you knew you were terminated?
A. That's what I saw on the paper.
Q. At this time, did you request unemployment benefits?
A. No.
Q. At this time, did you request any governmental assistance?
A. No.
Q. At this time, how were you taking and providing for yourself?
A. I'd really rather not say. Just different things.
MS. ALFARO: Okay. Objection, nonresponsive.
Q. (BY MS. ALFARO) This -- This is part of this case, what you did or not in order to find another job or sustain yourself. So my question is, by

EXHIBIT C



MR. KATAEV: Off -- off the record, I have a question when we come off.
MS. ALFARO: Sure.
(Brief recess.)
Q. (BY MS. ALFARO) Mr. McKenzie, I remind you that you're under the same oath as -- as earlier today. Okay?
A. Okay.
Q. I know -- I know we've talked about different time frames. But at any time between January 3rd, 2024 and May 2024, do you recall anybody at the company telling you to go and pick up your FMLA paperwork?
A. No, I don't.
Q. At any point in time during this same period, January 3rd, 2024 till May 2024, do you recall anybody at the company tell you to go and pick up some medical paperwork?
A. No, I don't.
Q. Do you ever recall Ms. Brittney Crosson telling you that you needed to do your FMLA during this same time period?
A. No, I don't.
Q. The fact that you don't recall, does that mean that that did not happen?
A. Yes, that -- it's to the best -- yeah, to the

EXHIBIT C



Q. During any of the visits you paid to Helena from January to May 2024, do you recall anybody telling you at any point in time to go and pick up FMLA paperwork from HR?

A. No, I don't recall that. If I would have been told that, I would have did that. I just wanted my job.

Q. And to be clear, from January 3rd, 2024 till May 2024, you did not provide Helena with any medical paperwork on your own?

A. No, I didn't.

Q. You testified that you're not able to work because of your seizure disorder, right?

A. Right.

Q. Okay. And since when were you told you're not able to work?

A. I don't recall the exact date I was told that.

Q. Do you have an estimate of -- of -- as to when you were told that?

A. No, I -- I don't.

Q. Okay. But we know it's after your surgery, correct?

A. After my surgery, yes.

Q. Okay. Would it -- do you recall when you stopped applying for jobs?

A. Probably -- okay. Even after I was told that I