**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS,**
**BEAUMONT DIVISION**

| | |
|---|---|
| TERRY MCKENZIE, JR.<br><br>Plaintiff<br><br>v.<br><br>HELENA LABORATORIES CORPORATION<br><br>Defendant | Civil Action No. 1:25-cv-00572 |

**ORDER ON DEFENDANT'S TRADITIONAL MOTION FOR SUMMARY JUDGMENT**

The Court, having considered and reviewed Defendant Helena Laboratories Corporation's Traditional Motion for Summary Judgment, responses filed by Plaintiff Terry McKenzie, Jr., the summary judgment evidence of record, and arguments of counsel, finds the Motion should be GRANTED.

Defendant's Traditional Motion for Summary Judgment is therefore GRANTED in its entirety and therefore all pending claims against Defendant in this matter are dismissed with prejudice.

Plaintiff shall take nothing on his claim against Defendant. All relief not expressly granted herein is denied.

This is a FINAL JUDGMENT disposing of all claims between the parties.

SIGNED this _______ day of ________, 2026.

______________________________
Michael J. Truncale
United States District Judge