**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| TERRY MCKENZIE, JR.,<br>Plaintiff,<br>v.<br>HELENA LABORATORIES CORPORATION,<br>Defendant. | Case No.: 1:25-cv-572 (MJT)<br><br>**DECLARATION OF TERRY MCKENZIE, JR.** |

Terry McKenzie, Jr. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the Plaintiff in the above-referenced case.

2. As such, I am familiar with all the facts and circumstances outlined herein based upon my personal knowledge and a review of Defendant's records submitted in connection with its motion for summary judgment.

3. I respectfully submit this declaration in opposition to Defendant's motion for summary judgment.

4. I was never told that I was terminated on January 30, 2024.

5. In mid-February, I spoke to Janice from human resources about my employment.

6. At this time, although I saw a document on the desk that said that I was terminated, I was never given this document.

7. Instead, I was told verbally to worry about getting well and come back after my surgery.

8. No one unequivocally informed me that I was no longer going to be employed.

9. Based on that conversation, I understood that I was being granted leave.

10. I only learned on April 30, 2024 that I had been terminated, as my employer informed me verbally that they were unwilling to put me back to work.

11. Based on this, I first learned that I was terminated on April 30, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2026.

Terry McKenzie Jr.

Terry McKenzie, Jr.