**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| TERRY MCKENZIE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>HELENA LABORATORIES CORPORATION,<br><br>Defendant. | Case No.: 1:25-cv-572 (MJT)<br><br>**DECLARATION OF**<br>**EMANUEL KATAEV, ESQ.** |

Emanuel Kataev, Esq., declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am the managing member of Sage Legal LLC, counsel for Plaintiff Terry McKenzie, Jr. ("Plaintiff").

2. I respectfully submit this declaration in connection with Plaintiff's opposition to Defendant's motion for summary judgment. See ECF Docket Entry 18.

3. Attached as **Exhibit "A"** is a true and correct copy of the full transcript of Plaintiff's September 16, 2026 deposition.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2026.

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
Sage Legal LLC